PAUL J. MARSALA, JR. *v.* CITY OF BRIDGEPORT ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 15 Conn. App. 323, is dismissed.

*Robert G. Zanesky,* in support of the petition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* KENNETH SPEIGHT

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 328, is denied.

*Jean Elmblad Blue,* special public defender, in support of the petition.

*Mary H. Lesser,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

MARY STITZER *v.* RINALDI'S RESTAURANT ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 15 Conn. App. 356, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that the plaintiff's scars were compensable as resulting from 'spinal injury' under Connecticut General Statutes Section 31-308 (d) of the Workers' Compensation Act?"

*Jason M. Dodge,* in support of the petition.

Decided September 20, 1988